UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MYRIE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. W. BARNES,<br><br>　　　　　Respondent. | No. SACV 08-1072 ODW (FFM)<br><br>ORDER DISMISSING PETITION |

　　On September 25, 2008, petitioner Roland Myrie filed a Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254.

　　On November 21, 2011, mail from the court clerk addressed to petitioner was returned with a notation that the mail was undeliverable because of the death of petitioner. The Court ordered respondent to provide this Court with evidence that petitioner is deceased or advise the Court to the contrary. On December 1, 2011, respondent filed a Notification of Death of Petitioner. Attached to the document is a Certificate of Death for Roland Myrie. The Certificate of Death states that petitioner died on September 4, 2011 of metastatic adenocarcinoma.

/ / /

/ / /

/ / /

/ / /

A petition for writ of habeas corpus is mooted by the death of the petitioner. *See, e.g., Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot because petitioner died). Given petitioner's death, the petition is dismissed without prejudice.

DATED: 12-6-11

                                     OTIS D. WRIGHT, III
                                     United States District Judge

Presented by:

  /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
  United States Magistrate Judge