UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROLAND MYRIE, | ) No. SACV 08-1072 ODW (FFM) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| A. W. BARNES, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 12-6-11

_____
OTIS D. WRIGHT, III
United States District Judge